UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CHRISTOPHER M. MCMONAGLE, ESQ.
COUNSEL FOR MOVANT
cmcmonagle@sterneisenberg.com
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:

MALISSA WILLIAMS
    Debtor

JASMONE R.E. BROCKINGTON
HORACE J. ODOM
    Co Debtor(s)

Case No.: 19-31691-JNP
Chapter: 13
Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (NOTE AND MORTGAGE 07/31/2018)

**Efren Sanchez**, employed as _AVP of Default Oversight_ by RoundPoint Mortgage Servicing Corporation, hereby certifies the following:

Recorded on August 29, 2018, in Gloucester County, in Book 15546 at Page 80

Property Address: 246 Sickle Lane, Deptford, NJ 08096

Mortgage Holder: RoundPoint Mortgage Servicing Corporation

Mortgagor(s): Jasmone R. E. Brockington and Horace J. Odom and Malissa L. Williams

POST-PETITION PAYMENTS (Petition filed on 11/18/2019)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| $3,535.96 | 12/01/2019 | | | | |
| $3,535.96 | 01/01/2020 | | | | |
| $3,535.96 | 02/01/2020 | | | | |
| $ | | | | | |
| TOTAL: $10,607.88 | | | TOTAL: $0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due:

| Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 12/01/2019 | 02/01/2020 | $2,055.68 | $1,480.28 | $3,535.96 | $10,607.88 |
| Less post-petition partial payments (suspense balance): | | | | | | $(0.00) |
| | | | | | Total as of 02/12/2020 | $10,607.88 |

Each current monthly payment is comprised of:

    Principal & Interest    $2,055.68
    Escrow:    $1,480.28
    TOTAL    $3,535.96

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: $56,635.83

I certify under penalty of perjury that the above is true.

Date: 2/18/2020                                            Signature: Efren Sanchez
                                                                  RoundPoint Mortgage Servicing Corporation

*rev. 2/10/2020*